UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUIS M. TOVAR ALEJOS,

                        Petitioner,

      - against -

LAWRENCE CATLETTI, ET AL.,

                        Respondents.

---

26-cv-3224 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by telephone, for a conference in connection with the petitioner's petition for writ of habeas corpus **today, April 20, 2026, at 5:30 p.m.**

    Dial-in: 646-453-4442, with access code 67527833#.

    Pending a decision on the habeas petition or any amended petition, the petitioner shall not be transferred outside the Southern or Eastern District of New York or the District of New Jersey.

SO ORDERED.

Dated:    New York, New York
           April 20, 2026

                                            John G. Koeltl
                              United States District Judge