UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUIS M. TOVAR ALEJOS,

       Petitioner,

   - against -

LAWRENCE CATLETTI, ET AL.,

       Respondents.

26-cv-3224 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

For the reasons stated on the record at the conference held today, the respondent is directed to release the petitioner from the Orange County Correctional Facility as soon as reasonably possible. The petitioner should be permitted to make a telephone call upon his release. The petitioner should be released on his own recognizance in accordance with ICE Form I-220A.

The respondent will propose any further briefing by **Friday, April 24, 2026.**

SO ORDERED.

Dated:   New York, New York
      April 20, 2026

             John G. Koeltl
          United States District Judge