Case 1:26-cv-03224-JGK Document 6 Filed 04/27/26 Page 1 of 1

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 27, 2026

By ECF
The Honorable John G. Koeltl
United States District Judge
Southern District of New Yor
500 Pearl Street
New York, New York 10007-1312

The Clerk is respectfully requested to close this case. So ordered.
J. G. Koeltl
U.S.D.J.
4/27/26

Re: *Alejos v. Catletti, et al.*, No. 26 Civ. 3224 (JGK)

Dear Judge Koeltl:

This Office represents the government in the above-referenced immigration habeas corpus action, which was filed on April 20, 2026. On the same day, the Court held a conference and granted the petitioner's request for immediate release, directing U.S. Immigration and Customs Enforcement ("ICE") to release the petitioner from detention "on his own recognizance in accordance with ICE Form I-220A." ECF No. 4. The Court asked the government to submit a letter by April 24 stating whether it would accept the Court's order as a final ruling in the case, or whether the government wished to submit further briefing in the case. I write respectfully, first, to apologize for not filing this letter by April 24, and second, to inform the Court that ICE will accept the Court's April 20 order as the final ruling in this case, and so no further briefing is necessary. In light of this, the government respectfully submits that this case may be closed.

I thank the Court for its consideration of this submission, and I apologize to the Court for not filing this letter by the April 24 deadline.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: */s/ Brandon M. Waterman*
BRANDON M. WATERMAN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2743
E-mail: brandon.waterman@usdoj.gov

cc: Petitioner's counsel (by ECF)