**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
 LUIS M. TOVAR ALEJOS.,

                                    Petitioner,

              -against-                                          26 **CIVIL** 03224 (JGK)

                                                                 **JUDGMENT**

LAWRENCE CATLETTI, ET AL. ,

                                    Respondents.
-------------------------------------------------------------------X

         It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memo Endorsement dated April 27, 2026, the petition is GRANTED; and

this case is closed.

**Dated:** New York, New York

         April 29, 2026

                                                 **TAMMI M. HELLWIG**

                                    _____

                                                 **Clerk of Court**

                           **BY:**

                                    _____

                                                 **Deputy Clerk**